Robert N. Black, SBN 70178
Martha D. Rice, SBN 262100
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone  707-464-7637
Fax    707-464-7647
Email  rblack@attyblack.com
       mrice@attyblack.com

Attorneys for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT,<br><br>        Plaintiff,<br><br>   vs.<br><br>Vessel VICTORY AT SEA, Official Number 553235, her engines and appurtenances, *in rem*, and JAKE A. ANDERSON, an individual, *in personam*,<br><br>        Defendants. | Case No.: CV 09-0561 MEJ<br><br>[PROPOSED]<br>**ORDER GRANTING APPLICATION FOR ISSUANCE OF WARRANT FOR ARREST OF VESSEL** |

TO THE CLERK OF THE COURT:

The Court, having received and reviewed Plaintiff's Request for Review, along with the verified Complaint herein, hereby approves the request and directs that the requested Warrant be issued.

Dated: February 19, 2009

*IT IS SO ORDERED*
Judge Maria-Elena James

[PROPOSED] ORDER -