IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, | No C 09-0561 MEJ |
| Plaintiff, | ORDER |
| v | |
| VESSEL VICTORY AT SEA, | |
| Defendant. | |

The court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J Vadas, whose courtroom is located in Eureka, California, for all future proceedings pursuant to 28 USC § 636(c). Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

Accordingly, Plaintiff is directed to file, on or before April 21, 2009, a letter stating whether or not it consents to reassignment of this matter to Magistrate Judge Vadas. If Plaintiff so consents, the matter will be transferred. Plaintiff will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

IT IS SO ORDERED.

Dated: April 6, 2009

Maria-Elena James
United States Magistrate Judge