United States District Court

For the Northern District of California

1
2
3
4                        IN THE UNITED STATES DISTRICT COURT
5                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   CRESCENT CITY HARBOR DISTRICT,          No. C-09-0561 MMC
8                  Plaintiff,               **ORDER VACATING SEPTEMBER 25,**
                                            **2009 CASE MANAGEMENT**
9        v.                                 **CONFERENCE; DENYING PLAINTIFF'S**
                                            **REQUEST FOR TELEPHONIC**
10  Vessel VICTORY AT SEA, Official Number   **APPEARANCE**
    553235, et al.
11
12                 Defendants.
                                     /
13

Before the Court is plaintiff's Case Management Conference Statement, filed this
date, in which plaintiff states the parties anticipate the above-titled action will be resolved in
early October 2009, pursuant to a settlement agreement.  In light of the anticipated
settlement, the Case Management Conference scheduled for September 25, 2009 is
hereby CONTINUED to November 6, 2009.  A Case Management Conference Statement
shall be filed no later than October 30, 2009.

Also before the Court is plaintiff's Request for Telephonic Appearance, by which
plaintiff requests the Court hear its motion for an order appointing a substitute custodian.
No written motion has been filed, and the Court declines to entertain an oral motion.
Accordingly, the Request for Telephonic Appearance is hereby DENIED without prejudice
to plaintiff's filing a written motion.  If time is of the essence, plaintiff may seek an order
shortening time with respect to the hearing of any such motion.

**IT IS SO ORDERED.**

Dated:  September 18, 2009                  _____
                                           MAXINE M. CHESNEY
                                           United States District Judge