Robert N. Black, SBN 70178
Martha D. Rice, SBN 262100
299 I Street, Suite, 11B
Crescent City, CA 95531
Phone   707-464-7637
Fax     707-464-7647
Email   rblack@attyblack.com
        mrice@attyblack.com

Attorneys for Plaintiff,
Crescent City Harbor District

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRESCENT CITY HARBOR DISTRICT, ) | **Case No.: CV 09-0561 MMC** |
| ) | |
| Plaintiff, ) | **NOTICE OF DISMISSAL** |
| ) | |
| vs. ) | |
| ) | |
| Vessel VICTORY AT SEA, Official ) Number 553235, her engines and ) appurtenances, *in rem*, and JAKE A. ) ANDERSON, an individual, *in* ) *personam*, ) | |
| ) | |
| Defendants. ) | |

**IT IS SO ORDERED**

*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: November 3, 2009

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

   Crescent City Harbor District hereby dismisses the complaint in the above-entitled action against defendants Vessel Victory at Sea and Jake A. Anderson, with prejudice.

Dated:   10/27/09

                                            /S/
                                    Martha D. Rice
                                    Attorney for Plaintiff

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

NOTICE OF DISMISSAL - 1